# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, INC., EX REL., MR. MICHAEL-FREEMAN: MCLEARY D.D. AGGRIEVED-BENEFICIARY-CLAIMANT-AT-LAW, | : No. 47 EM 2020 <br> : <br> : <br> : <br> : <br> : |
| Petitioner | : <br> : |
| v. | : <br> : <br> : |
| MR. ROBERT J. MARSH, JR.-SUPERINTENDANT [SIC]-TRUSTEE, MR. JOSH SHAPIRO, ESQUIRE-OFFICE OF ATTORNEY GENERAL-TRUSTEE, MR. LAWRENCE KRASNER, ESQUIRE-OFFICE OF DISTRICT ATTORNEY-TRUSTEE, | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |
| Respondents | : |

## <u>ORDER</u>

**PER CURIAM**


**AND NOW,** this 6th day of August, 2020, the Application for Leave to File Original Process is GRANTED, and the "Petition for Writ of Habeas Corpus by Affidavit," "Motion for Instant Hearing," and the "Motion Requesting that 'Respondent-Trustee(s)' Respond to Various Questions" are DENIED.